GOLDSMITH & HULL/File #CDCS805
William I Goldsmith    SBN 82183
16933 Parthenia Street, Suite #110
Northridge, CA   91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
govdept1@goldsmithcalaw.com

Attorneys For Plaintiff

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD T. WEBER,<br><br>Defendant(s). | Case No. CV 8:13-CV-01670 CAS (AJW)<br><br>ORDER DISMISSING CASE AND COURT RESERVING JURISDICTION<br>[Proposed] |

IT IS HEREBY ORDERED that the above-entitled case is dismissed without prejudice with the Court reserving jurisdiction for the sole purpose of enforcing the terms of the Stipulation For Entry of Judgment Upon Default executed by the parties.

Dated: 3/19/14

_____
Hon. Christina A. Snyder
UNITED STATES DISTRICT JUDGE

Notice of Settlement

3